

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*  LP&D, INC.,  Debtor | Ch. 7  12-14894-FJB |

**Order Approving Trustee's Final Report and Account Before Distribution, Request for Compensation, and Report on Claims / Proposed Distribution**

**MATTER:**

#296 Chapter 7 Trustee's Final Report, Application for Compensation and Application(s) for Compensation of Professionals

The Trustee's Final Report and Account before Distribution and attachments thereto having been scheduled for hearing before the Court, and said hearing having been canceled in the absence of objections, and due cause appearing therefor, IT IS ORDERED:

That the Trustee's Final Report and Account is hereby <u>approved</u> including all requests for compensation and expenses set forth therein and the other attachments thereto.

The hearing scheduled for May 27, 2021, is hereby canceled.

Dated: 5/13/2021

By the Court,

Frank J. Bailey
United States Bankruptcy Judge